IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN T. GREEN and TIMOTHY CROWLEY,

ORDER

Plaintiffs,

v.                                                                              10-cv-745-slc

GREGORY GRAMS, *et al.,*

Defendants.

---

In a December 8, 2011 order, I severed plaintiff Damien Green's claims regarding his treatment at the Wisconsin Secure Program Facility into a new lawsuit. The lawsuit proceeding under this case number is a joint action filed by plaintiffs Green and Timothy Crowley regarding their treatment at the Columbia Correctional Institution. I have previously concluded that plaintiffs' complaint regarding these claims violates Federal Rule of Civil Procedure 8 because their allegations are too vague.

Now the court has received submissions from both Green and Crowley indicating that they no longer wish to proceed in a joint lawsuit. In particular, Crowley states that he "would like to break away" from the joint lawsuit and would like a copy of their "former complaint" in this action. Thus I understand Crowley to be seeking severance of his claims from those of Green's. In order to accomplish this, Crowley will have to submit an amended complaint that explains his claims in a more detailed fashion. To provide him guidance in doing so, I will attach a copy of plaintiff's first amended complaint, dkt. 43, as well as a copy of the court's October 28, 2011 order discussing the Rule 8 problems with this complaint, dkt. 47.

**Note well**: If Crowley fails to submit a new amended complaint by the deadline set below, I will assume he does not wish to proceed on his own and the court will dismiss his claims for failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Timothy Crowley may have until February 6, 2012 to submit a new proposed amended complaint further detailing his claims as discussed in the court's October 28, 2011 order.

Entered this 13th day of January, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge