IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN GREEN and TIMOTHY CROWLEY,

                Plaintiff,                ORDER

  v.

                                           10-cv-745-slc

GREGORY GRAMS, JIM DOYLE,
KURT SCHWEBKE; JERRY MAIER;
RICK RAEMISCH, CAPTAIN RADTKE;
SGT. TAMMINGA; CAPT. MASON;
DR. BARID, JANEL NICKEL,
JANE DOES 1-12 and JOHN DOES 1-12,

                Defendants.

---

      In an order entered on January 13, 2012, I gave plaintiff Timothy Crowley until February 6, 2012 to submit a new proposed amended complaint further detailing his claims. I advised plaintiff Crowley that if he failed to submit a new amended complaint by the deadline, the court would dismiss his claims for failure to prosecute. Instead of submitting a new amended complaint, plaintiff Crowley has submitted a letter requesting to dismiss this case without prejudice. Defendants have not yet been served and so have not filed an answer or motion to dismiss.

      Accordingly, under Fed. R. Civ. P. 41 (a)(1)(A)(I), IT IS ORDERED that plaintiff Timothy Crowley's notice of voluntary dismissal is ACCEPTED and plaintiff Crowley's claims are DISMISSED WITHOUT PREJUDICE to his refiling the case at a later date.

      Entered this 2nd day of February, 2012.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge