IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

                    Plaintiff,                   JUDGMENT IN A CIVIL CASE

    v.                                        10-cv-745-slc

GREGORY GRAMS, KURT SCHWEBKE,
JIM DOYLE, JERRY MAIER,
RICK RAEMISCH, SGT. TAMMINGA,
DR. BARID and JANEL NICKEL,

                    Defendants.

---

      This action came for consideration before the court with District Judge
Stephen L. Crocker presiding.  The issues have been considered and a decision has
been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying

plaintiff Damien Green leave to proceed *in forma pauperis* and dismissing his case with

prejudice.

_____     _____
     Peter Oppeneer, Clerk of Court                 Date

                                                  2/3/12