IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

                Plaintiff,         JUDGMENT IN A CIVIL CASE

v.                                  10-cv-745-slc

GREGORY GRAMS, KURT SCHWEBKE,
JIM DOYLE, JERRY MAIER,
RICK RAEMISCH, SGT. TAMMINGA,
DR. BARID and JANEL NICKEL,

                Defendants.

---

    This action came for consideration before the court with District Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Damien Green leave to proceed *in forma pauperis* and dismissing his case with prejudice.

_____        2/3/12
Peter Oppeneer, Clerk of Court                  Date